IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BILLY F. SCOTT INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BETTY B. SCOTT, DECEASED, MICHAEL SCOTT, DIANAN MORENO AND BRIAN K. SCOTT<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | §§§§§§§§§§§§§§§§<br><br>CIVIL NO. SA-06-CA-0754 FB |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **January 25, 2007**.

2. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **February 9, 2007**.

3. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **February 16, 2007**, and each opposing party shall respond, in writing, by **March 16, 2007**.

4. All parties asserting claims for relief shall designate their potential witnesses, testifying experts, proposed exhibits, and submit a written report of the expected testimony of each expert by **May 11, 2007**. Parties resisting claims for relief shall designate their potential

3

witnesses, testifying experts, proposed exhibits, and submit a written report of the expected testimony of each expert by **June 15, 2007**. All rebuttal experts shall be designated within thirty (30) days of receipt of the report of the opposing expert, or completion of the expert's deposition, whichever date is later.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within thirty (30) days of receipt of the written report of the expert's proposed testimony, or within thirty (30) days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **August 1, 2007**.

7. The trial date will be determined at a later date by the Court. The parties shall consult Local Court Rule CV-16(e) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

SIGNED AND ENTERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

4